ANTHONY GLAVIANO ET AL. *v.* LLOYD RALSTON
(10744)

FOTI, LANDAU and HEIMAN, Js.

Argued September 25—decision released October 20, 1992

*Salvatore A. Maresca, Jr.,* for the appellants (plaintiffs).

*Steven M. Regula,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.